**United States District Court
Central District of California**

FILED
CLERK, U.S. DISTRICT COURT
AUG 03, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

Pasadena Area Community College District,

        Plaintiff,

v.

Philadelphia Indemnity Insurance Company, et al.,

        Defendants.

CV 17-08569-VAP (FFMx)

**Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order granting Defendant Philadelphia Indemnity Insurance Company's Motion for Summary Judgment, (Doc. No. 24), IT IS ORDERED AND ADJUDGED that Plaintiff Pasadena Area Community College District's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   8/3/18

*Virginia A. Phillips*
Virginia A. Phillips
Chief United States District Judge